| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **George** | | **McFarland** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Karol** | **L** | **McFarland** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                                          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Muskingum County Board of Commissioners**<br><br>Description of property securing debt: **1635 Penn Street Zanesville, OH 43701  Muskingum County Grantor: Mutual Federal Savings and Loan Grantees George & Karol McFarland**<br><br>**Warranty deed was signed on June 30, 1986 and recorded on July 2, 1986 in the Muskingum County Recorder'** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **New Penn Fin-Shellpoint Mortgage**<br><br>Description of property securing debt: **1635 Penn Street Zanesville, OH 43701  Muskingum County Grantor: Mutual Federal** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

| Debtor 1 | **George McFarland** | |
|---|---|---|
| Debtor 2 | **Karol L McFarland** | Case number (*if known*) |

| | | | |
|---|---|---|---|
| property securing debt: | **Savings and Loan Grantees George & Karol McFarland** <br><br> **Warranty deed was signed on June 30, 1986 and recorded on July 2, 1986 in the Muskingum County Recorder'** | ☐ Retain the property and [explain]: | |
| Creditor's name: | **Ohio Dept of Taxation** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **1635 Penn Street Zanesville, OH 43701  Muskingum County Grantor: Mutual Federal Savings and Loan Grantees George & Karol McFarland** <br><br> **Warranty deed was signed on June 30, 1986 and recorded on July 2, 1986 in the Muskingum County Recorder'** | | |
| Creditor's name: | **Ohio Dept of Taxation** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **1635 Penn Street Zanesville, OH 43701  Muskingum County Grantor: Mutual Federal Savings and Loan Grantees George & Karol McFarland** <br><br> **Warranty deed was signed on June 30, 1986 and recorded on July 2, 1986 in the Muskingum County Recorder'** | | |
| Creditor's name: | **Ohio Dept of Taxation** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **1635 Penn Street Zanesville, OH 43701  Muskingum County Grantor: Mutual Federal Savings and Loan Grantees George & Karol McFarland** <br><br> **Warranty deed was signed on June 30, 1986 and recorded on July 2, 1986 in the Muskingum County Recorder'** | | |

| | | |
|---|---|---|
| Debtor 1 | **George McFarland** | |
| Debtor 2 | **Karol L McFarland** | Case number (*if known*) |

| | | | |
|---|---|---|---|
| Creditor's name: | **Onemain** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **2008 Ford Fusion**<br>**Mileage: 130,000**<br>**Value: $3041**<br>**Owner: Debtors 1 and 2**<br><br>**2012 Chrysler Town & Country**<br>**Mileage: 67,000**<br>**Value: $9817**<br>**Owner: Debtor 2** | | |

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | **Acceptance Now** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Acct# 2223**<br>**Opened Opened 07/18  Last Active 12/19/18**<br>**bedroom furniture and recliner**<br>**$266.95 per month for a total of 20 months** | |

### Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| | | | | |
|---|---|---|---|---|
| X | **/s/ George McFarland** | | X | **/s/ Karol L McFarland** |
| | **George McFarland**<br>Signature of Debtor 1 | | | **Karol L McFarland**<br>Signature of Debtor 2 |
| Date | **February 12, 2019** | | Date | **February 12, 2019** |

**CERTIFICATE OF SERVICE (LBR 9013-3)**

      I hereby certify that a copy of the foregoing <u>Form 108 Statement of Intention for Individuals Filing Under Ch. 7</u> was served electronically on <u>February 12, 2019</u> through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

And (ii) by **ordinary U.S. Mail** on <u>February 12, 2019</u> addressed to:

George & Karol McFarland
1635 Penn St.
Zanesville OH 43701

Muskingum County Board of Commissioners
401 Main Street
Zanesville OH 43701

New Penn Fin-Shellpoint Mortgage
75 Beattie Pl Ste 300
Greenville SC 29601

Ohio Dept of Taxation
Bankruptcy Division
Box 530
Columbus OH 43266

Onemain
PO Box 1010
Evansville IN 47706

                                          */s/ Mitchell C. Marczewski*
                                          **MITCHELL C. MARCZEWSKI (0073258)**